DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar Number 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CV-647-ECR (GWF) |
| | ) | |
| $43,473.41 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STRIKE PART OF THE NOTICE OF ELECTRONIC FILING IN DOCKET #10, REQUIRING DISCOVERY PLAN/SCHEDULING ORDER BY 7/17/201 AND VACATING THE DISCOVERY PLAN/SCHEDULING ORDER DEADLINE OF AUGUST 1, 2011**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Daniel D. Hollingsworth, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking part of the Notice of Electronic Filing in Docket #10, requiring "Discovery Plan/Scheduling Order due by 7/17/201" and vacating the extended Discovery Plan/Scheduling Order deadline of August 1, 2011. #14.

The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules. A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1.

The United States will soon file notice of service of process on all potential claimants. As soon as the time has expired for potential claimants to file a claim, this civil in rem action will be completed quickly thereafter.

J. Thomas Susich, Senior Legal Counsel for the State of Nevada DETR, was contacted on July 21, 2011 and does not object to this motion and agrees.

DATED this 21st day of July, 2011.

          DANIEL G. BOGDEN
          United States Attorney

          /s/DanielDHollingsworth
          DANIEL D. HOLLINGSWORTH
          Assistant United States Attorney

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge
DATED: July 26, 2011

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of **UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STRIKE PART OF THE NOTICE OF ELECTRONIC FILING IN DOCKET #10, REQUIRING DISCOVERY PLAN/SCHEDULING ORDER BY 7/17/201 AND VACATING THE DISCOVERY PLAN/SCHEDULING ORDER DEADLINE OF AUGUST 1, 2011** on July 21, 2011, by the below identified method of service:

<u>CM/ECF</u>:

J. Thomas Susich, Esq.
State of Nevada Department of Employment, Training
& Rehabilitation Employment Security Division
1675 East Prater Way, Suite 103
Sparks, NV 89434
tsusich@nvdetr.org
*Counsel for State of Nevada DETR*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associates Clerk

3